UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22878-DPG

AMIR SAMANA,

    Plaintiff,

v.

UNIFI AVIATION, LLC, *formerly doing business as* DAL GLOBAL SERVICES, LLC,

    Defendant.

_____/

## **STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, AMIR SAMANA ("Plaintiff"), and Defendant, UNIFI AVIATION, LLC, formerly known as DAL GLOBAL SERVICES, LLC ("Defendant"), by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendant in the above-captioned matter, with both parties agreeing to be responsible for their respective fees and costs.

| | |
|---|---|
| **LITTLER MENDELSON, P.C.**<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Tel: (305) 400-7500<br>Fax: (305) 603-2552<br><br>By: */s/ Aaron Reed*<br>Aaron Reed<br>Florida Bar No. 557153<br>E-mail: areed@littler.com<br><br>Eric M. Schultz (admitted *pro hac vice*)<br>Georgia Bar No. 452742<br>E-mail: eschultz@littler.com | */s/ Kyle T. MacDonald*<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>DEREK SMITH LAW GROUP, PLLC<br>701 Brickell Ave, Suite 1310<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com<br>***Counsel for Plaintiff*** |

1

LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, Georgia 30326
Tel: (404) 443-2432
Fax: (404) 537-1914

**Counsel for Defendant**

*[Certificate of service on the following page]*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of March, 2023, a true and correct copy of the foregoing document was served on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

Counsel for Defendant:

Aaron Reed
Email: areed@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel: (305) 400-7500
Fax: (305) 603-2552

Eric M. Schultz
Email: eschultz@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, GA 30326
Tel: (404) 443-2432
Fax: (404) 537-1914

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
DEREK SMITH LAW GROUP, PLLC
701 Brickell Ave, Suite 1310
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com
***Counsel for Plaintiff***